Decisions announced without Opinions.

No. 701. UNITED STATES *v.* STEAMER "THREE FRIENDS." Fifth Circuit. Granted February 1, 1897. *Mr. Attorney General* and *Mr. Assistant Attorney General Whitney* for petitioner. *Mr. W. Hallett Phillips* opposing. (See 166 U. S. 1.)

---

No. 682. STANDARD ELEVATOR CO. *v.* NATIONAL CO. Seventh Circuit. Granted February 15, 1897. *Mr. Frank T. Brown* for petitioners. *Mr. James H. Raymond* opposing.

---

No. 715. CLARKE *v.* STEAMSHIP "ELFRIDA." Fifth Circuit. Granted March 1, 1897. *Mr. D. W. Baker* for petitioners. *Mr. J. Parker Kirlin* opposing.